

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

NEW HORIZON KIDS QUEST, INC.,

PLAINTIFF

VS.   CIVIL ACTION NO. 1:14cv384-LG-RHW

KIDS QUEST ACADEMY, INC. AND   DEFENDANTS
TRACIE SHISHILLA (a/k/a TRACIE
FONTE)

## AGREED FINAL JUDGMENT

Having found Plaintiff and Defendants have agreed to entry of final judgment against Defendants, the Court enters this Agreed Final Judgment. Defendants, Kids Quest Academy, Inc., and Tracie Shishilla (a/k/a Tracie Fonte), each of their officers, agents, servants, employees, and attorneys as well as any other person in active concert or participation with them who receive actual notice of the Court's order, are permanently enjoined from using KIDS QUEST ®, any other mark or designation confusingly similar to the KIDS QUEST ®.

Defendants Kids Quest Academy, Inc., and Tracie Shishilla (a/k/a Tracie Fonte), will deliver to New Horizon Kids Quest, Inc. for destruction all advertisements, promotional materials, labels, signs, pictures, letterhead, plaques, and any other materials containing infringing marks in their possession, custody, or control, or in the possession, custody or control of any of its agents or representatives and to cancel the kidquestacademy.com domain registration and to immediately shut down the website.

{GP065077.1}

Defendants Kids Quest Academy, Inc., and Tracie Shishilla (a/k/a Tracie Fonte), will file with this Court and serve on the attorney for New Horizon Kids Quest, Inc. within thirty (30) days after entry of this Agreed Final Judgment a report in writing and under oath setting forth in detail the manner and form in which it has complied with the Agreed Final Judgment.

ORDERED AND ADJUDGED, this the 8th day of August, 2015.

_____
United States District Court Judge

AGREED:

_____
Kids Quest Academy, Inc., and
Tracie Shishilla (a/k/a Tracie Fonte)

Jonathan A. Miller
MILLER LAW FIRM, PLLC
1633 Jackson Avenue
Pascagoula, MS 39567
Email: millerfirm@gmail.com

_____
New Horizon Kids Quest, Inc.

Henry Laird (MSB No. 1774)
JONES WALKER LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS 39502
Email: hlaird@joneswalker.com

Prepared by:
HENRY LAIRD (MSB No. 1774)
Email: hlaird@joneswalker.com
JONES WALKER LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS 39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516